1 The People of the State of Colorado, Appellee, In the Interest of J.R.D., a Child, and Concerning S.R.K., Appellant. No. 21CA0693
Court of Appeals of Colorado, Division A
December 2, 2021
 
 NOT
 PUBLISHED PURSUANT TO C.A.R. 35(e)
 
 
 Morgan
 County District Court No. 20JV33 Honorable Charles M. Hobbs,
 Judge
 
 
 
 OPINION
 
 
 GRAHAM
 JUDGE [*]
 
 
 JUDGMENT
 AFFIRMED
 
 
 
 Bernard, C. J, and Martinez [*] , J, concur
 
 2
 
 ---------
 
 
 Notes:
 
 
 [*]
 Sitting by assignment of the Chief Justice under provisions
 of Colo. Const. Art VI, § 5 (3), and § 24-51-1105,
 C.R.S. 2021.
 
 
 ---------